1
2
3        **JS-6**
4        **FILED: 4/7/2008**
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10  ELIZABETH C. CLANCEY, an individual,    | Case No. CV07-00775 GHK(VBKx)
11
12          Plaintiff,                        | [~~PROPOSED~~] ORDER ON REQUEST FOR DISMISSAL
13  v.
14  CASUAL CORNER GROUP, INC., a Corporation, DOES ONE Through TEN, inclusive,
15
16          Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

C:\Documents and Settings\mgerard\Desktop\07-00775
Proposed order re dismissal.doc

1  The Court having read and considered the foregoing Request for
2  Dismissal of instant action submitted by counsel for the parties, and GOOD CAUSE
3  APPEARING THEREFORE:
4  IT IS ORDERED that the entire action be dismissed forthwith and that
5  such dismissal be entered with prejudice.
6
7  Dated:   4/4   , 2008
8  _____
9
10                                        HON. GEORGE H. KING
                                          UNITED STATES DISTRICT COURT
11                                                   JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1.

C:\Documents and Settings\mgerard\Desktop\07-00775
Proposed order re dismissal.doc